U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 1 1 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISION DIVISION

| | |
|---|---|
| TERI REAGAN, INDIVIDUALLY AND AS PERONAL REPRESENTATIVE OF THE ESTATE OF ROGER REAGAN, DECEASED AND MAVERICK TRANSPORTATION, LLC | PLAINTIFFS |
| VS. CV-10-3016 | |
| DUNAWAY TIMBER COMPANY, HENRY CHRIST AND MORGAN QUISENBERRY, JOHN DOE TRUCKING COMPANY, AND JOHN DOES INCORPORATED | DEFENDANTS/ THIRD PARTY PLAINTIFFS |
| VS. | |
| BARRY MCCOY | THIRD PARTY DEFENDANT |

## THIRD PARTY COMPLAINT

COMES NOW the Defendants Dunaway Timber Co., Henry Christ, and Morgan Quisenberry by and through their attorneys, Larkowski and Rogers, and for their Third Party Complaint hereby state:

1. Dunaway Timber Company (hereinafter "Dunaway") is, and at all relevant times, was a Kentucky corporate citizen with its principal place of business located at 214 Easton Rd., Fordsville, Kentucky, 42343, whose registered agent is S.M. Dunaway, 16850 St. Rt. 69N, Fordsville, KY 42343.

2. Henry Christ is, and at all relevant times, was a Kentucky citizen, residing at 7935 State Route 1389, Maceo, Kentucky, 42355.

3. Morgan Quisenberry is, and at all relevant times, was a Kentucky citizen who resides

at 445 Clifty Nuff Rd., Olaton, Kentucky, 42361.

4. Upon information and belief, Barry McCoy is a Texas resident who resides at 504 E. Foster Avenue, Pampa, Texas, 79065.

5. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332 as there is diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000.00

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the collision and a substantial part of the events giving rise to the claim occurred in Marion County, Arkansas.

7. This claim arises out of an accident occurring on September 3, 2008, in which it is alleged that Defendants/Third Party Plaintiffs were at fault when a collision occurred at the intersection of U.S. Highway 62/412 and State Highway 202.

8. While continuing to deny liability in that claim, Defendants/Third Party Plaintiffs state that the actions and incidents complained of in this matter were the direct and proximate result of Barry McCoy, who was negligent in the following particulars, to wit:

   1. Failure to keep a proper lookout;
   2. Failure to keep his vehicle in control;
   3. Failure to yield right of way;
   4. Driving over the center line;
   5. Otherwise failing to act as an ordinary and prudent person would have under the same or similar circumstances.

9. Defendants/Third Party Plaintiffs are not proper parties and this action should therefore be dismissed and any action for recovery should be sworn against Barry McCoy.

10. Plaintiffs' relief, if any, and claim for damages should properly be asserted against the Third Party Defendant Barry McCoy, and all fault arising from this incident should be assessed against McCoy.

WHEREFORE, Defendants/Third Party Plaintiffs, having fully answered, respectfully requests that Plaintiffs' claims for damages and judgment be asserted over and against the Third Party Defendant Barry McCoy, that the Complaint be dismissed, and for all other just and proper relief to which they show themselves entitled.

Respectfully submitted,

Dunaway Timber Company, Henry Christ and Morgan Quisenberry

BY: _____
GILL A. ROGERS, BAR NO. 91137
LARKOWSKI AND ROGERS
P.O. BOX 7348
LITTLE ROCK, ARKANSAS 72217
(501) 663-5533

## CERTIFICATE OF SERVICE

On this 9 day June, 2010, a copy of the foregoing was sent via U.S. Mail to:

Robert Sullivan
Jose Bautista
Jed Chronic
1600 Baltimore Ave., Suite 200
Kansas City, Missouri 64108

Phillip Duncan
900 S. Shackleford, Suite 725
Little Rock, AR 72211

By: _____
Gill Rogers Bar No. 91137
Attorney for Defendants
Larkowski and Rogers
1501 N. University, Suite 552
Little Rock, AR 72207
(501) 663-5533
F(501) 663-5544
grogers@lrarkansas.com