IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF ARKANSAS
HARRISION DIVISION

| | |
|---|---|
| TERI REAGAN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROGER REAGAN DECEASED AND MAVERICK TRANSPORTATION, LLC | PLAINTIFFS |
| VS. CV-10-3016 | |
| DUNAWAY TIMBER COMPANY, HENRY CHRIST AND MORGAN QUISENBERRY, JOHN DOE TRUCKING COMPANY, AND JOHN DOES INCORPORATED | DEFENDANTS/ THIRD PARTY PLAINTIFFS |
| VS. | |
| BARRY MCCOY | THIRD PARTY DEFENDANT |

## MOTION TO EXCUSE THIRD PARTY DEFENDANT BARRY MCCOY'S APPEARANCE AT TRIAL

COMES NOW Barry McCoy, by and through his attorney, Mitch Cash, and for his Motion does hereby state:

1. That on September 29, 2011 Barry McCoy was involved in a motor vehicle accident on highway 10 in Ola Arkansas.

2. Barry McCoy was a passenger in a pickup traveling west on highway 10 at a speed of approximately 40 miles per hour.

3. A 2005 International tractor entered the highway from the north side of highway 10 directly in front of the vehicle in which Barry McCoy was a passenger.

4. The vehicle in which Barry McCoy was riding struck the truck before the driver could apply the brakes. A copy of the accident report is attached hereto as Exhibit A.

1

5. Barry McCoy suffered several injuries as a result of the accident. The most severe injury is a fracture of the L3 vertebral body. A copy of a diagnostic imaging report from Chambers Memorial Hospital is attached as Exhibit B.

6. Barry McCoy was air lifted from Chambers Memorial Hospital to the University of Arkansas School for Medical Sciences where a more detailed work up of Mr. McCoy's injuries occurred.

7. Barry McCoy is unable to sit up for more than 2-3 minutes every 2-3 hours. Sitting up for more than a few minutes causes Barry McCoy to be in so much pain that he loses consciousness  Barry McCoy can only walk a distance of 15-20 feet with assistance and them must lay down for a long period. Barry McCoy must spend the majority of his time lying flat on his back.

8. Barry's injuries will preclude him from appearing at the upcoming trial of this matter.

9. Barry McCoy's testimony was preserved in a video taped deposition and his absence should not prejudice any of the parties.

10. Mitch Cash attorney for Barry McCoy has sent a letter to Barry McCoy's treating physician at UAMS and is asking him to write a letter to the court explaining why Barry McCoy is unable to appear.

Wherefore Barry McCoy prays that his motion be granted.

Respectfully submitted:

_____

Mitch Cash, Esq.
P.O. Box 247
Marshall, AR  72650
870-448-3600
870-448-4725 *facsimile*
**Attorney for Barry McCoy**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of October, 2011, a copy of the foregoing was served via ECF/Pacer and via U.S. Mail to the following counsel of record:

Gill Rogers, Esq.
Larkowski and Rogers
1501 N. University, Suite 552
Little Rock, AR 72207
**Attorney for Defendants**

Robert Sullivan, Esq.
Jed Chronic, Esq.
1600 Baltimore Ave., Suite 200
Kansas City, MO 64108
**Attorneys for Plaintiffs**

Phillip J. Duncan, Esq.
900 S. Shackleford, Ste 725
Little Rock, AR 72211
**Attorney for Plaintiffs**

Bruce Munson
Amy L. Tracy
400 West Capitol Ave, Suite 1900
Little Rock, AR 72201A
**Attorney for Plaintiff Maverick Transportation**

J. Kent Emison
PO Box 220
Lexington MO 64067
**Attorney for Plaintiff Terri Reagan**

Mitch Cash

4