IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TERI REAGAN, Individually and as Personal
Representative of the Estate of Roger Reagan;
and MAVERICK TRANSPORTATION, LLC.                           PLAINTIFFS

v.                           Case No. 3:10-CV-03016

DUNAWAY TIMBER COMPANY; MORGAN
QUISENBERRY; JOHN DOE TRUCKING;                             DEFENDANTS/
and JOHN DOE INCORPORATED                                   THIRD-PARTY PLAINTIFFS

v.

BARRY MCCOY                                                 THIRD-PARTY DEFENDANT

## VERDICT FORM (TWO PAGES)

**Interrogatory 1:** Do you find from a preponderance of the evidence that there was negligence upon the part of Dunaway Timber Company which was a proximate cause of any damages resulting from this accident?

_____Yes_____          _____[signature]_____          __11-10-11__
     Yes or No                Foreperson                  Date

**Interrogatory 2:** Do you find from a preponderance of the evidence that there was negligence upon the part of Morgan Quisenberry which was a proximate cause of any damages resulting from this accident?

_____Yes_____          _____[signature]_____          __11-10-11__
     Yes or No                Foreperson                  Date

**Interrogatory 3**: Do you find from a preponderance of the evidence that there was negligence upon the part of Barry McCoy which was a proximate cause of any damages resulting from this accident?

_no_                              _[signed]_  11-10-11
Yes or No                         Foreperson    Date

*If you answered more than one of Interrogatories 1 through 3 "Yes," then answer Interrogatory 4.*

**Interrogatory 4**: Using 100% to represent the total responsibility for the occurrence and any injuries or damages resulting from it, apportion the responsibility between the parties whom you have found to be responsible.

| | |
|---|---|
| Dunaway Timber Company | _75_ % |
| Morgan Quisenberry | _25_ % |
| Barry McCoy | _0_ % |
| **TOTAL** | **100%** |

**Interrogatory 5**: State the amount of any damages which you find from a preponderance of the evidence were sustained by Teri Reagan, Brandie Reagan, Corey Boothby, and the Estate of Roger Reagan, Deceased, as a result of the occurrence.

| | |
|---|---|
| Teri Reagan | $ _2 mil_ |
| Brandie Reagan | $ _1 mil_ |
| Corey Boothby | $ _1 mil_ |
| Estate of Roger Reagan, Deceased | $ _3 mil_ |

_[signed]_  11-10-11
Foreperson    Date